UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA :
:
:
v. : Case No.: 8:14-CR-00315-EAK-JSS
:
:
MICHAEL EDWARD SUKOWSKY :
:

## ORDER

THIS CAUSE came on for consideration upon the Defendant Michael Edward Sukowsky's oral motion to modify the conditions of his pretrial release during the May 27, 2016 status conference before the Honorable Elizabeth A. Kovachevich, United States District Court Judge.

Having heard the arguments of the parties in open court it is, therefore, upon consideration, it is hereby

ORDERED:

That the Defendant Michael Edward Sukowsky's oral motion during the May 27, 2016 status conference to modify the conditions of his pretrial release is **GRANTED**.

That United States Pretrial Services is ordered to remove Defendant Michael Edward Sukowsky's ankle monitor on May 27, 2016 and shall place the ankle monitor back on Defendant Michael Edward Sukowsky as soon as medically reasonable after his June 1, 2016 cancer surgery.

That beginning on May 28, 2016 the Defendant Michael Edward Sukowsky, by and through his attorney, Mark J. O'Brien, shall file a daily notice to the court via CM/ECF filing stating that either attorney Mark J. O'Brien or private investigator Gerardo Rivera made actual

CASE NO. 8:14-CR-315-T-17JSS

physical contact with the Defendant Michael Edward Sukowsky, the address where the actual physical contact occurred, the date the actual physical contact occurred, along with the Defendant Michael Edward Sukowsky's signature, until United States Pretrial Services places the ankle monitor back onto the Defendant Michael Edward Sukowsky's leg post-surgery.

DONE and ORDERED at Tampa, Florida, this 27th day of May 2016.

ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT COURT JUDGE

Copies to:
All parties and Counsel of record
U.S. Pretrial Services