UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION,

UNITED STATES OF AMERICA,

v.                                        CASE NO.  8:14-CR-315-T-17JSS

MICHAEL EDWARD SUKOWSKY.

_____/

ORDER

      This cause is before the Court sua sponte.  After consideration, the Court directs Defendant Michael Edward Sukowsky to file medical information in support of Defendant's Amended Motion to Travel (Dkt. 112) under seal, and further directs that Defendant Sukowsky provide the supporting medical information to Defendant's Pretrial Services Officer, Joely T. Andrews, as soon as possible.  Accordingly, it is

      **ORDERED** that Defendant Sukowsky **shall file** supporting medical information under seal, and **shall provide** the medical information to Defendant's Pretrial Services Officer, Joely T. Andrews as soon as possible.

Case No. 8:14-CR-315-T-17JSS

**DONE and ORDERED** in Chambers in Tampa, Florida on this 9th day of February, 2016.

*[Signature]*
ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE

Copies to:
All parties and counsel of record
Pretrial Services