UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA,

v.  CASE NO. 8:14-CR-315-T-17JSS

MICHAEL EDWARD SUKOWSKY.

_____/

ORDER

This cause is before the Court on:

Dkt. 131  Unopposed Motion to Delay Surrender Date

Defendant Michael Edward Sukowsky is to surrender on August 8, 2017. Defendant Sukowsky requests a delay of Defendant's surrender date to Wednesday, November 1, 2017. Defendant Sukowsky is being scheduled for surgery for recurrent papillary thyroid carcinoma by Dr. Tapan Padhya, Moffitt Cancer Center, Tampa, Florida, to be followed by radioisotope treatment for five weeks after surgery.

The Government does not object to Defendant Sukowsky's Motion.

After consideration, the Court grants Defendant Sukowsky's Unopposed Motion to Delay Surrender Date as provided below. Accordingly, it is

**ORDERED** that Defendant Michael Edward Sukowsky's Unopposed Motion to Delay Surrender Date (Dkt. 131) is **granted**. Defendant Sukowsky **shall surrender** on **Tuesday, November 7, 2017 at 12:00 noon.**

Case No. 8:14-CR-315-T-17JSS

**DONE and ORDERED** in Chambers in Tampa, Florida on this 2nd day of August, 2017.

ELIZABETH A. KOVACHEVICH
United States District Judge

Copies to:
All parties and counsel of record
U.S. Marshal
U.S. Pretrial Services